UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS M. DIAZ,<br><br>    Defendant. | No. CR 09-01093-JF<br><br>[PROPOSED] ORDER CONTINUING STATUS HEARING TO FEBRUARY 3, 2010 |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from January 27, 2010, to February 3, 2010, at 9:00 a.m., and the period of delay from time from January 27, 2010, through and including February 3, 2010, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: January 29, 2010 nunc pro tunc to 1/27/10

_____
HONORABLE JEREMY FOGEL,
United States District Judge

ORDER CONTINUING HEARING
No. CR 09-01093-JF                                            1